IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTEHRN DISTRICT OF FLORIDA
MIAMI DIVISION

*In re:*  CASE NO. 21-11868-RAM
CHAPTER 13

ANA MARIA JOHNSON,

    Debtor.

_____/

**OBJECTION TO MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**

HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND I TRUST ("Secured Creditor"), by and through its undersigned attorney, hereby objects to the Attorney-Represented Debtor's Verified Motion for Referral to Mortgage Modification Mediation ("Motion")(DE 38), and in support thereof states as follows:

1. The Debtor filed a Chapter 13 Bankruptcy Petition on February 26, 2021.

2. Secured Creditor maintains a security interest in Debtor's real property located at 7212 SW 149th Court, Miami, FL 33193 (the "Property"), secured by a Note and Mortgage (the "Loan") executed by the Debtor, as evidenced by Proof of Claim #3.

3. On May 27, 2021, the Debtor file the Motion regarding the Property.

4. Pursuant to the Court's ruling at the hearing held on May 11, 2021, the Debtor was directed not to file the Motion on an ex parte basis, but instead request a hearing be scheduled on the motion.

5. The Court has scheduled a hearing on the Motion for 6-15-21.

6. Secured Creditor objects to the Motion and believes that the Debtor is attempting to use

the court's mediation program in an attempt to delay the pending State Court foreclosure action.

7. Prior to the filing of this pending Bankruptcy Action, the Debtor agreed entry of a Final Judgment of Mortgage Foreclosure in the State Court foreclosure action and executed a stipulated agreement. Among other things, the Debtor agreed to take no action to hinder or delay the completion of the foreclosure action, including the filing of Bankruptcy. A copy of the Stipulation for the Entry of Consent In Rem Final Judgment of Mortgage Foreclosure is attached hereto as Exhibit A. During the course of negotiating the terms of the stipulated agreement, the Debtor did not at all request to be reviewed for loan modification.

8. Secured Creditor previously reviewed the Debtor for modification, prior to the entering into he stipulation agreement, however, the Debtor did not qualify for modification of the Note and Mortgage at that time. A copy of the issued Denial Letter is attached hereto as Exhibit B.

**WHEREFORE**, Secured Creditor, HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND I TRUST, respectfully requests that this Court enter an order denying the Attorney-Represented Debtor's Verified Motion for Referral to Mortgage Modification Mediation, and such other relief as the Court deems just and proper.

Respectfully submitted,
HOWARD LAW GROUP

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Telephone: (954) 893-7874
Fax: (888) 235-0017
Email: matthew@howardlawfl.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Christian J. Olson, Esq., 8551 Sunrise Blvd., Suite 208, Plantation, FL 33322

Nancy K. Neidich, POB 279806, Miramar, FL 33027

Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a true and correct copy was mailed to:

Ana Maria Johnson, 7212 SW 149th Ct, Miami, FL 33193

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529