UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
ANA MARIA JOHNSON                                   Case No.: 21-11868-RAM
                                                    Chapter 13

          Debtor(s).
_____/

## MOTION TO MODIFY PLAN AND CONFIRM MODIFIED PLAN AND CERTIFICATE OF SERVICE OF MODIFIED PLAN AND COURT GENERATED NOTICE OF HEARING

COME(S) NOW the Debtor(s), ANA MARIA JOHNSON, by and through the undersigned attorney, and moves this court to allow the debtor(s) to modify their plan, and for the court to confirm the modified plan and would state as follows:

1.  The debtor(s) was denied loan modification with the MMM creditor on their homestead real property. The Debtor is seeking to modify the plan to conform to the proof of claim of secured creditor HMC Assets, LLC.

2.  The proposed modified plan is attached.

3.  No creditor would be prejudiced in that the debtor(s) have paid a substantial amount into the plan, and is/are paying the secured creditor in full. The modifications are made in good faith.

WHEREFORE, the Debtor(s) pray that this court grant the relief requested based on the aforementioned grounds.

CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Motion, Modified Plan and Notice of Hearing

subsequently generated by the court after the filing of the instant motion was served in the manner described below, on  October 22, 2021 , upon:

<u>Via CM/ECF</u>:
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Matthew B Klein on behalf of Creditor HMC Assets, LLC
matthew@howardlaw.com

Matthew B Klein on behalf of Creditor HMC Assets, LLC Solely in its Capacity as Separate Trustee of Community Development Fund I Trust
matthew@howardlaw.com

<u>Via US Mail</u>:
All other parties of record on the matrix attached hereto as Exhibit A.

        *Law Offices of*
        NOWACK & OLSON, PLLC
        Attorney for Debtor(s)
        8551 Sunrise Blvd., Suite 208
        Plantation, FL 33322
        (954) 349-2265

        /s/ Mitchell J. Nowack
        MITCHELL J. NOWACK, ESQ.
        Florida Bar Number: 099661

        /s/ Christian J. Olson
        CHRISTIAN J. OLSON, ESQ.
        Florida Bar Number: 121436