| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-11868-RAM<br>Southern District of Florida<br>Miami<br>Wed May 12 15:04:56 EDT 2021 | HMC Assets, LLC<br>Howard Law Group<br>4755 Technology Way, Suite 104<br>Boca Raton, FL 33431-3331 | HMC Assets, LLC Solely in its Capacity as Se<br>c/o Howard Law Group<br>4755 Technology Way, Suite 104<br>Boca Raton, FL 33431<br>Boca Raton, FL 33431-3331 |
| BSI Financial Services<br>314 S. Franklin Street<br>POB 517<br>Titusville, PA 16354-0517 | Bk Of Amer<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Comenitybank/victoria<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SE<br>BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, CA 75038-2480 |
| HMC Assets, LLC<br>c/o Christian s, Diaz, Esq.<br>Alianza Law Firm, P.L<br>2100 Coral Way, Ste 404<br>Miami, FL 33145-2657 | Internal Revenue Service*<br>POB 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Sunset Shores HOA<br>c/o Elite Management Association<br>9600 Griffin Rd.<br>Fort Lauderdale, FL 33328-3417 | Ana Maria Johnson<br>7212 SW 149th Ct<br>Miami, FL 33193-2313 | Christian J. Olson Esq.<br>8551 Sunrise Blvd.<br>Suite 208<br>Plantation, FL 33322-4007 |
| Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20