UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:
Ana Maria Johnson                                                  Case No.: 21-11868-RAM
                                                                   Chapter 13

        Debtor(s).
_____ /

### NOTICE TO DEBTOR OF DUE DATE FOR FIRST
### AND SUBSEQUENT PAYMENTS UNDER FIRST MODIFIED CHAPTER 13 PLAN

     **COMES NOW**, Nowack & Olson, PLLC, Attorneys for the Debtor(s), and gives this additional Notice to the Debtor of the Due Date for the first and subsequent payments under the Modified Chapter 13 Plan as follows:

**AMOUNT OF MONTHLY PAYMENTS:**
**$5,476.50**  per month  for 1 MONTHS and **$653.88**  for **51** MONTHS

**1st PAYMENT DUE DATE:**
The 1st payment **UNDER THE MODIFIED PLAN** in the amount of **$5,476.50**  is due to the Chapter 13 Trustee, **NANCY NEIDICH** at:

        **Nancy Neidich, Trustee**
        **POB 2099**
        **Memphis, TN 38101**

on **11/26/2021** which is the date of the hearing to modify your plan.

## THE HEARING TO MODIFY YOUR PLAN IS:
## YOU MUST BE CURRENT WITH YOUR PAYMENT BY THIS DATE OR THE MOTION TO MODIFY WILL BE DENIED, AND YOUR CASE WILL BE DISMISSED. YOU WILL BE PREVENTED FROM REFILING ANOTHER BANKRUPTCY CASE FOR THE NEXT SIX (6) MONTHS AND YOUR CREDITORS WILL BE ALLOWED TO RESUME ANY COLLECTION ACTIVITY

**IMPORTANT WARNING:  REGARDING MODIFIED CHAPTER 13 PLANS**
IF THIS NOTICE IS BEING PROVIDED TO YOU AS A RESULT OF A **MODIFIED PLAN**, ALL PAYMENTS THAT ARE REQUIRED UNDER THE **NEW MODIFIED PLAN MUST BE CURRENT BEFORE THE HEARING DATE OF THE MOTION TO MODIFY**, OR YOUR CASE WILL BE DISMISSED BY THE BANKRUPTCY COURT.  CONTACT OUR OFFICE IMMEDIATELY UPON RECEIPT OF THIS NOTICE IF YOU HAVE ANY QUESTIONS.

**SUCH PAYMENTS MUST BE MADE BY CASHIERS CHECK OR MONEY ORDER.  DO NOT SEND A PERSONAL CHECK.  YOU MUST INCLUDE YOUR CASE NUMBER ON YOUR PAYMENT**.  Subsequent payments in the same amount will be due on the same day for each subsequent month WITHOUT FURTHER NOTICE FROM THE COURT, CHAPTER 13 TRUSTEE, OR COUNSEL.

**CERTIFICATE  OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by U.S. Mail or via CM/ECF to Nancy Neidich, Trustee at POB 279806, Miramar, FL 33027, Office of the U.S. Trustee, at 51 SW 1st Ave., Miami, FL 33130, and Ana Maria Johnson, Debtor(s), at  7212 SW 149th Ct Miami, FL 33193 , ,
on  October 22, 2021   .

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
**(305) 698-2265**

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436